UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT STIDHAM, individually and on behalf of similarly situated persons, | ) )   ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| 2JR ENTERPRISES, LLC, | |
| Defendant. | |

Case No. 1:17-cv-00105-JMS-DML

**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE
COLLECTIVE ACTION SETTLEMENT**

Plaintiff Robert Stidham moves for approval of the settlement reached in this conditionally certified Fair Labor Standards Act ("FLSA") collective action. Defendant does not oppose this Motion.

To effectuate a binding release, FLSA settlements generally require judicial approval. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1354 (11th Cir. 1982); *Campbell v. Advantage Sales & Mktg. LLC*, 2012 U.S. Dist. LEXIS 57218, *3 (S.D. Ind. Apr. 24).

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting this motion and approving the parties' settlement.

Dated:  January 8, 2018                              Respectfully submitted,

| | |
|---|---|
| **PAUL LLP** | **WEINHAUS & POTASHNICK** |
| /s/ *Richard M. Paul III* | /s *Mark Potashnick* |
| Richard M. Paul III (admitted pro hac) | Mark A. Potashnick (admitted pro hac) |
| 601 Walnut, Suite 300 | 11500 Olive Blvd., Suite 133 |
| Kansas City, Missouri 64106 | St. Louis, Missouri 63141 |
| Telephone:    (816) 984-8100 | Telephone:    (314) 997-9150 |
| Facsimile:     (816) 984-8101 | Facsimile:     (314) 997-9170 |
| Rick@PaulLLP.com | markp@wp-attorneys.com |

**HAYES RUEMMELE LLC**
Charles C. Hayes (IN Bar # 24220-53)
141 E. Washington Street, Suite 225
Indianapolis, Indiana 46204
Telephone: (317) 491-1050
Facsimile: (317) 491-1043
charleshayes.atty@gmail.com

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record via the Court's electronic filing system on the date reflected within the Court's electronic case filing records.

/s/ *Mark Potashnick*